5 So.2d 115

## Comer BAREFIELD et al. v. STATE.

### 4 Div. 222.

Supreme Court of Alabama.

Dec. 18, 1941.

Thos. S. Lawson, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., for the petition.

M. I. Jackson and R. H. Bennett, both of Clayton, opposed.

LIVINGSTON, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Barefield et al. v. State, 5 So.2d 113, wherein a judgment of conviction of arson was reversed.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.